# AFFIDAVIT for INABILITY TO PAY COST/BOND for surety for tender

State of Texas                              *
                                            * KNOW ALL MEN BY THESE PRESENTS
                                            * all constitutional rights reserved
County of _Collins_, et al *

BEFORE ME, the undersigned authority on this day personally appeared, Affiant, who being by me duly sworn, deposes and says an oath as follows:

That I am samuel agent for person number 1 (La'shonda Moore, et al for d/o/b 11/12/87; xxx-xx-8538 res/situs) Faulkner County and person number 2 (Marlon Deandre Moore, et al) Caddo Parish for d/o/b 11/14/1986; xxx-xx-5013 res/situs. and who is the responsible party and the fiduciary as to Irs form 56 concerning an estate and estates trust which includes all Upper and lower letters name and all upper caps letters; names as to all property attached to a date of births and ssn's.

That this affidavit immediately acts as a nunc pro tunc ("now for then") for all related to the above property thats listed in any and all county deed of records which the United States, and the state of Texas for past present and future contracts which will and or could be obtain by affiant wet signature for consideration of any and all promissory notes obtain by a third party that was and could be used in any and all counties within a state of the United States and filed with the Department of the Treasury for the state of texas and the united states.

That I am of lawful age and am competent to make this Affidavit.

That I have personal knowledge of the facts stated herein.

That this sworn Affidavit is made as a matter of record as my right in my own proper person under the Constitution of the United States of America.

That I know and understand that I cannot be denied justice for lack of finances as a result of a hardship and fraud at this time.

That I do not waive any of my rights at this time nor do I intend to waive any of my rights at any time under any jurisdiction under Bill of Rights and and by Writ of Rights.

That this Affidavit is tender for all cost of court and surety Bonds in the amount of any cost of the clerk and court for USD's and is for any filing fees and/or bonds or rent due filed in the office of the clerks of Dallas County, state of Texas.

Affiant has reserved all its rights as an american citizen as to declaration of independents of 1776 and the original constitution of 1776 which gave rights to all men as to person/corporations et al and is with discrimination but we the people as secured parties is now under hardship by the bar associations as to legal disabilities due to discrimination under their color of law. I have been inform that this violation under their color of law ["violate title 18 USA Section 241 and 242 and 246"].

Affiant demand all rights reserved with discrimination as to affiant corporate accounts relating to affiant as to estates owner and as an heir.

Affiant also request that the disputing party or the accused party paid all fee's due to THIS Affidavit being uncontested if needed and if disputed it must be disputed with a counter-Affidavit under a declaration under penalty of perjury as to commerce and as to their individual action.

Affiant also reserve all rights if asked or requested to sign any other documents outside this affidavit that's been executed and witness by an independent notary sitting in and for the state of Texas.

I declare under penalty of perjury the law and the Laws of the United States of America, that the foregoing is true, correct, complete, and not misleading and contains the truth, the whole truth, and nothing but the truth to my knowledge and belief.

Affiant

State of Texas
County of Collins
Subscribed and sworn to before me on this 28th day of March, 2025 by Samuel Rashel Cruss, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me on my sworn oath sitting in for State of Texas

Signature Sawtantar Sharma (Seal)
Notary Public Sitting in and for the State of Texas



Sawtantar Sharma
My Commission Expires
7/12/2026
Notary ID 133853837

Page 2 of 2

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_____ )
*Plaintiff/Petitioner* )
v. ) Civil Action No. _____
_____ )
*Defendant/Respondent* )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ _____, and my take-home pay or wages are:  $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☐ No
(e) Gifts, or inheritances                             ☐ Yes     ☐ No
(f) Any other sources                                  ☐ Yes     ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account:  $ _____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____          _____
                                         *Applicant's signature*

                                _____
                                         *Printed name*

# UNITED STATES DISTRICT COURT
for the
District of

| | ) | |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted:

The clerk is ordered to file the complaint and to notify the Commissioner of the commencement of the action by transmitting a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney for the district where the action is filed. If the complaint was not filed electronically, the clerk is ordered to notify the plaintiff of the transmission. The plaintiff does not need to serve a summons and complaint under Civil Rule 4. (Actions under 42 U.S.C. § 405(g) for review on the record of a final decision of the Commissioner of Social Security presenting only an individual claim.)

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:


Date: _____                    _____
                                                                *Judge's signature*

                                                                _____
                                                                *Printed name and title*