IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS


UNITED STATES OF AMERICA,

Vs.

Case No. 4:23-CR-243

LASHONDA MOORE
c/o U.S. District Court, Eastern District of Texas
101 East Pecan Street
Sherman, TX 75090


Date: March 3, 2026                          RE: DISCOVERY DEMAND


CLERK OF US DISTRICT COURT FOR EASTERN
DISTRICT OF TEXAS, OFFICE OF US ATTORNEY
FOR EASTERN DISTRICT OF TEXAS, AMOS L MAZZANT
III, JUDGE, THEODORE M KNELLER, ABE ,MCGLOTHIN, JR.
ADAM LD STEMPEL,  US MARSHALL,          DIRECT CHALLENGE TO PERSONAL AUTHORITY
STATE OF TEXAS/UNITED STATES, et al.
211 W. Ferguson St. Tyler, Texas 75702
Address used without prejudice to right.          Purpose: verify authenticity of lawful authority


Dear: AMOS L MAZZANT III, Judge, THEODORE M KNELLER, US Attorney, et al.

This sealed document constitutes timely objection to each of the presumptive and erroneous conclusions of law made in your unattested document(s) referenced above. Further, this document is a direct challenge to your personal authority to act or take action in the instant matter. After considerable review of the Constitution of the United States, the United States Code, the Code of Federal Regulations, and published decisional law of the Supreme Court of the United States, it appears the aforesaid document(s) exceeds the venue and subject matter jurisdiction of UNITED STATES DISTRICT COURT PERSONEL., et al., and that you may be operating under color of authority of Government of the United States.

If you will consult the organic law of the United States you will find that UNITED STATES DISTRICT COURT personnel do not have any Constitutional authority to determine Citizenship of native born American Citizens, living and domiciled within the several states of the Union. "The mere allegation of residence in a state is not necessarily, even under the Fourteenth Amendment, the equivalent of an allegation of citizenship, thus, the mere fact of residence in a state is not necessarily the equivalent of citizenship." See Sharon v. Hill, 26 F. 337 (1885) [emphasis in original text]. It naturally follows that the UNITED STATES DISTRICT COURT personnel cannot have any delegated authority to administratively and unilaterally render legal opinions affecting the Citizenship Status of American Citizens, living and domiciled, "without the United States," See 28 USC, Section 1746(1)", but "within" the several states of the Union (united States of America).

Next, please note the fundamental principle of law, clearly stated by the Supreme Court of the United States in Chisolm v. Georgia, 2 US 469 (1793):

> No such ideas obtain here {speaking of America]; at the Revolution, the sovereignty Devolved on the people, and they are truly the Sovereigns of the country, but they are Sovereigns without subjects and have none to govern but themselves; the Citizens of America are equal as fellow Citizens, and as joint tenants in the sovereignty.

Further, if you will consult 19 Corpus Juris Secundum XVIII, Sections 883 & 884, under Foreign Corporations, you will find that "The United States government is a foreign corporation with respect to a state."

Given this evidence, all of which is published and is a matter of public record, I have concluded that it would be prudent to further investigate the extent of our lawful authority, it's sources, and the activities it apples to, and what, if anything, you are empowered to do in regard to native born American Citizens, domiciled within the several States of the Union. The investigation necessarily begins with your personal standing and authority.

By the principle of Law, described in Ryder v. US, 115 SCT. 2031, I am required to initiate a direct challenge to authority of anyone representing himself/herself as a government officer or agent prior to the finality of any proceeding in order to avoid implications of de facto officer doctrine. When challenged, those posing as government officers and agents are required to affirmatively prove whatever authority they claim. In the absence of such proof, they may be held personally accountable for loss, injury and damages. THEREFORE, PROVIDE ME WITH CERTIFIED COPIES OF THE FOLLOWING:

1.  Your license to practice law (both in the District of Columbia and in STATE OF TEXAS/UNITED STATES, et al), and your Bar number(s), and also please cite the section of the Act of Congress that created your office under Article III.
2.  Your Constitutional Oath of Office, as required by Article VI, Paragraph 3 of the Constitution of the United States, and Title 5 USC Section 3331.
3.  Your Civil commission as Agent of Government of the United States, as required by Article II, Section 3 of the Constitution of the United States and attending legislation.
4.  Your Affidavit declaring that you did not pay for or otherwise make promise consideration to secure the office (Title 5 USC Section 3332).
5.  Your personal surety bond, and;
6.  Documentation that establishes your complete line of delegated authority to make the legal opinions contained in your document(s), beginning with the president of the United States and including all intermediaries, such as the Attorney General of the United States.
7.  Documentation that establishes that UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, et al., is not a Military/Maritime Court in lieu of a Constitutional Court.

These documents shall all be filed as public records. See 5 USC Section 2906 for requirements concerning filing Oaths of Office. In the event that you do not have a personal surety bond, you may provide a copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty surety bond in the event that you exceed your lawful authority.

Collateral issues and procedural essentials (nature & cause of action, standing of the UNITED STATES DISTRICT COURT PERSONEL, et al., venue, subject matter jurisdiction generally, and substantive and procedural Due Process Rights), are matters that must be documented in the record, when challenged. Therefore, the mandate for full disclosure falls within substantive and procedural rights that cannot be avoided or otherwise passed over through technicalities or silence. US Supreme Court decision verify these requirements are too number to list in this context!

The Administrative Procedures Act and the Federal Registrar Act requires publication of organizational particulars and procedure in the Federal Register. See particularly, Title 5 USC, Section 552. Therefore, UNITED STATES DISTRICT COURT personnel engaged in activity within the several States of the Union have a duty to affirmatively resolve organizational and other collateral and procedural issues when they are raised in the administrative forum.

UNITED STATES DISTRICT COURT personnel acts not authorized by law, and omission of duties imposed by law, are criminal in nature. Whether knowingly or unknowingly, UNITED STATES DISTRICT COURT personnel operating within the several States of the Union, with the possible exception of limited authority for enforcing federal laws relating to resident aliens or illegal aliens, "residing" in said states, are involved in a seditious conspiracy and racketeering enterprise. When UNITED STATES DISTRICT COURT personnel operate under lawful authority of United States, in reality they are agents of a government foreign to the several states, such offenses may be construed as Treason and Conspiracy to Commit Treason. See also 18 USC, Section 912, concerning impersonation of an officer of the United States.

There are essentials to any case or controversy, whether administrative or judicial, arising under the Constitution and laws of the United States (Article III, Section 2, Constitution of the United States, "arising under" clause). See the Principles of Law as stated in Federal Maritime Commission. South Carolina Ports Authority, 535 US (2002), and cases cited therein. The following are elements which are essential:

1. When challenged, standing, venue and all elements of subject matter jurisdiction, including compliance with substantive and procedural due process requirements must be established in record;
2. Facts of the case must be established in record;
3. Unless stipulated by agreement, facts must be verified by competent witness via testimony (affidavit, deposition or direct oral-examination);
4. The law of the case must affirmatively appear in the record, which in this instance includes authority statutes, with attending enabling regulations, applicable within the several States of the Union; and
5. The advocate of a position must prove application of law to stipulated or otherwise provable facts.

Knowing your precise US Government Authorized title and the Act of Congress that created the office under Article III, is essential in establishing your authority. For the same reason it is essential to establish legitimacy as both an Article III Court, and as a Constitutional Court, in lieu of a Maritime/Military jurisdiction, acting within the several States of the Union.

The Constitutional Oath of Office is important enough that the first official act of Congress in 1789 set requirements for the oath In place. See 1 Stat. 23. The Constitution of the United States mandates a Constitutional Oath of Office in Article VI, Clause 3. The requirements for civil commissions are in Article II, Section 2, Clause 2 and Section 3 of the Constitution. Requirements for civil commissions were particularized as Principles of Law in Marbury v. Madison, 5 US 137 (1803), and United States v. Le Baron, 60 US 73 (1856). Requirements for surety bonds arise from common law doctrine and statutory law.

Collateral issues, other than the above requests intended to document your personal standing, will be addressed separately from this request.

Lastly, Mr. Amos L Mazzant III, Judge, Theodore M Kneller, US Attorney, et al., I do not live in "MS or TX" or any of the federal enclaves within the external boundaries of the STATE OF TEXAS/Texas designated "MS or TX". I am currently living and have at all times relevant, lived within the republic State of Texas, a State of the Union Party to the Constitution for the United States of America, as amended A.D. 1819. The only abbreviation that I can find authorized by the Mississippi/Texas legislature does not reflect "MS or TX". Please note proper capitalization and punctuation per the US Government Style Guide.

To make this matter completer and more certain to you and all agents of UNITED STATES, et al., I do not live in "TX" either a federal State or National Region/Zone area, designated using the Federal Zone Improvement (ZIP) Code. You may consult Title 50 United States Code for the proper venue of a national regional area or recognize that I am seized in violation to Foreign Sovereign Immunities Act. The Domestic Mail Manual of the United States Postal Service shows that ZIP codes are voluntary for single piece first class mail. As I am compelled under Threat, Duress and/or Coercion such act is not voluntary on my part.

Together, the above two designations are a clever attempt to show that I am within territory sovereign to self-interested corporate UNITED STATES OF AMERICA/STATE OF TEXAS, et al., and not within a sovereign

State of the American Union. That is why I require that any service of process to me by you or any US Government Agency conforms to the heading of this letter, and no other.

You may provide the requested items within a reasonable period of twenty (20) calendar days from receipt of this request. See the Administrative Procedures Act for Deadlines. In the alternative, you may withdraw.

I declare (or certify, verify, or state) under penalty of perjury
under the laws of the United States of America that the foregoing
is true and correct.

Best Regards,

Lashonda:Moore     Sui Juris
Lawful Texas Inhabitant


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US Mail, postage pre-paid and sufficient thereon to cause delivery this 5th day of March, 2026 to the Office of the US Attorney for the Eastern District of Texas @ 550 Fannin Suite #1250, Beaumont, TX 77701(for Plaintiff).

Lashonda:Moore     Sui Juris

**CERTIFIED MAIL** ™

FIRST-CLASS MAIL
U.S. POSTAGE AND
**FEES PAID**
LETTERSTREAM

CoreCivic Cimarron Correctional Facility
Attn Lashonda Moore
3200 S Kings Hwy
Cushing OK 74023



**USPS CERTIFIED MAIL**

9214 8901 4298 0474 7761 81



APR 1 7 2026

0013771028000011
United States District Clerk
Paul Brown United States Courthouse
101 East Pecan Street
Room 216
Sherman TX 75090
USA

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

101 E PECAN ST #112 75090

003   CTGVAP1 75090